# Court of Appeals
# of the State of Georgia

ATLANTA,   November 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0062. TODD'S PLUMBING, INC. v. PRIMA MUSIC, INC.**

Todd's Plumbing, Inc. seeks interlocutory review of the trial court's denial of its motion for summary judgment. The trial court entered its order denying summary judgment on October 3, 2014. The court entered its certificate of immediate review on October 6, 2014. Todd's Plumbing, Inc. filed this application for interlocutory appeal on November 3, 2014. We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), an interlocutory application must be filed with this Court within ten days of the date a timely certificate of immediate review is entered in the court below. *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Here, Todd's Plumbing, Inc. filed its application 28 days after entry of the certificate of immediate review. Accordingly, it is untimely and is therefore ***DISMISSED*** for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*